# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Petitioner,

 v.

HARBOUR PORTFOLIO ADVISORS, LLC;

NATIONAL ASSET ADVISORS, LLC;

  and

NATIONAL ASSET MORTGAGE, LLC,

    Respondents.

Case No. 2:16-cv-14183

HON. Nancy G. Edmunds
HON. Elizabeth A. Stafford

**STIPULATION AND ORDER DENYING AS MOOT THE CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION TO HOLD RESPONDENTS NATIONAL ASSET ADVISORS, LLC AND NATIONAL ASSET MORTGAGE, LLC IN CONTEMPT**

It is hereby stipulated and agreed between Petitioner Consumer Financial Protection Bureau (Bureau) and Respondents National Asset Advisors, LLC and National Asset Mortgage, LLC (National Asset Companies) as follows:

The Bureau hereby withdraws its motion to hold the National Asset Companies in contempt for failure to comply with the Court's February 16, 2017 Order (Doc. 19), as amended by its March 14, 2017 Order (Doc. 27), to respond in full to the Bureau's September 8, 2016 Civil Investigative Demands (CIDs).

1

Since the Bureau filed its Motion on May 19, 2017, the National Asset Companies have substantially addressed deficiencies in their compliance with the CIDs and the Court's Orders through multiple productions of responsive documents to the Bureau. Additionally, the National Asset Companies have represented to the Court that they "withdrew their objections" via a May 24, 2017 letter.[1] The Bureau relies on this representation as resolving the Bureau's contention that Respondents were advancing frivolous objections that the Court's Order had previously rejected.

The remaining issue relates to the production of a complete privilege log and certifications that the CIDs require. On August 18, 2017, the parties reached an understanding that the National Asset Companies will produce a complete privilege log and the required certifications within two weeks, and the Bureau relies on the National Asset Companies' agreement to complete its response to the CIDs.

No other issues relating to the National Asset Companies' compliance with the Court's Orders to comply in full with the CIDs currently remain. Accordingly, the parties request that the Court deny as moot the Bureau's Motion.

**IT IS HEREBY ORDERED** that the Bureau's Motion to Hold

---

[1] National Asset Advisors LLC and National Asset Mortgage LLC's Combined Mem. in Resp. to the Consumer Financial Protection Bureau's Mot. for Contempt, at 20 (June 12, 2017) (Doc. 36).

Respondents National Asset Advisors, LLC and National Asset Mortgage, LLC in Contempt (Doc. 32) is denied as moot.

Date: August 21, 2017	s/Elizabeth A. Stafford
	Honorable Elizabeth A. Stafford
	United States Magistrate Judge

AGREED TO:

For Petitioner

Local Counsel:

DANIEL L. LEMISCH	ANTHONY ALEXIS
Acting United States Attorney	Enforcement Director

PETER A. CAPLAN	PATRICE ALEXANDER FICKLIN
Assistant U.S. Attorney	Fair Lending Director
211 W. Fort Street, Ste. 2001
Detroit, MI 48226	s/ *Nicholas C. Lee*
(313) 226-9784	NICHOLAS C. LEE
P30643	(202) 435-7059
peter.caplan@usdoj.gov	nicholas.lee@cfpb.gov
	DC Bar no. 1004186

	JE YON JUNG
	(415) 645-6626
	jeyon.jung@cfpb.gov
	DC Bar no. 495154

	ZACH MASON
	(212) 328-7013
	zach.mason@cfpb.gov
	WA Bar no. 47202

	JAMES MEADE
	(415) 645-6616
	james.meade@cfpb.gov
	DC Bar no. 414732

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

For Respondents

s/ (with consent)
David K. Stein (Ohio # 0042290)
Ali I. Haque (Ohio # 0087860)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
(614) 227-2300
dstein@bricker.com
ahaque@bricker.com